**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

May 11, 2011                                              TIME: 3:42 p.m.

CASE NUMBER: 10-cv-01493

TITLE:        **Greenberg et al. v. The Money Source Inc.**

PLTFFS ATTY:    **Justin Reilly**
                 X  present           ___ not present


                 ___ present          ___ not present


DEFTS ATTY:     **Michael Mauro**
                 X present            ___ not present


                 ___ present          ___ not present


FTR RECORDER: 3:42-4:00           COURTROOM DEPUTY: Michele Savona

OTHER: _____

 X    CASE CALLED.

 X    CONF (HELD / ADJ'D / CONT'D TO _____)

 X    ARGUMENT HEARD / CONT'D TO _____.

 X    DECISION:    Made on the record. Granted.

**OTHER:** Plaintiff is to submit proposed notice to the court by 5/18/11.