UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

HARVEY GREENBERG, et al.,

      Plaintiffs,

          – against –

THE MONEY SOURCE INC. and
STAVROS PAPASTRAVROU,

      Defendants.

----------------------------------------X

ORDER
10-CV-1493 (JFB) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 11 2011 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record during the May 11, 2011 oral argument, IT IS HEREBY ORDERED that plaintiff's motion for conditional certification is granted. Plaintiffs' counsel shall submit a proposed notice, in accordance with the Court's ruling, to the Court by May 18, 2011, after providing defendants' counsel with an opportunity to review such proposed notice. IT IS FURTHER ORDERED that defendants shall produce to plaintiffs by May 27, 2011 a computer-readable data file containing the names, addresses, and telephone numbers of such potential opt-in members so that notice may be issued.

                            SO ORDERED.

                            _____
                            JOSEPH F. BIANCO
                            UNITED STATES DISTRICT JUDGE

Dated: May 11, 2011
       Central Islip, New York